UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dennis Guy Erdman,

       Plaintiff,                      Case No. 08-14715

v.                                              Hon. Nancy G. Edmunds

City of Detroit, et. al.,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS
<u>DATED MAY 14, 2009 [#25] AND MAY 28, 2009 [#27]</u>

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation dated May 14, 2009 [#25], and the Magistrate Judge's Report and Recommendation dated May 28, 2009 [#27].  Being fully advised in the premises and having reviewed the record and the pleadings, including both Report and Recommendations and any objections thereto, the Court hereby ACCEPTS AND ADOPTS both Report and Recommendations.

      It is further ordered that the motion to dismiss filed by the City of Detroit is hereby GRANTED, the motion for summary judgment filed by Defendant Wayne County is hereby GRANTED, and the case is hereby DISMISSED.

      SO ORDERED.

                                      <u>s/Nancy G. Edmunds</u>
                                      Nancy G. Edmunds
                                      United States District Judge

Dated:  August 28, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 28, 2009, by electronic and/or ordinary mail.

                                      <u>s/Carol A. Hemeyer</u>
                                      Case Manager